Attorneys for Plaintiff, DENNIS P. JENSEN
RYAN B. HANCEY
SCOTT S. BRIDGE
KESLER & RUST
68 S. Main Street, 2nd Floor
Salt Lake City, Utah 84101
801-532-8000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C:06-cv-0086-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Dennis P. Jensen,<br>　　　　　　　Plaintiff,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, DENNIS P. JENSEN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | | |
|---|---|---|---|
| 1 | DATED: July 27, 2009 | By: *[signature]* | |
| 2 | | Ryan B. Hancey | |
| 3 | | Scott S. Bridge | |
| | | KESLER & RUST | |
| 4 | | 68 S. Main Street, 2nd Floor | |
| 5 | | Salt Lake City, Utah 84101 | |
| | | *Attorneys for Plaintiff, Dennis P. Jensen* | |

DATED: Aug 31, 2009   By: *[signature]*

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: sept. 4, 2009

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*[signature] Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE